AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
ROBERTS, DASHAWN A

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00267-AGH

Case No. GM1 E2722728

USM No.

PRO SE
Defendant's Attorney

**THE DEFENDANT:** ROBERTS, DASHAWN A

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-123(b) | FAILURE TO YIELD WHILE TURNING | 05/02/2026 | 1 |

☐ Count(s) ____________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 9891

Defendant's Year of Birth: 1996

City and State of Defendant's Residence:
COLUMBUS, GA

09/09/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

09/09/2026
Date